978

No. 582, Misc. WOOD v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 585, Misc. MITCHELL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 620, Misc. BOYDEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 663, Misc. GARLAND v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jerome J. Londin* for petitioner. *Solicitor General Marshall* for the United States.

No. 694, Misc. HURLEY v. BLACKWELL, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondents.

No. 695, Misc. WILSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 696, Misc. BOSNICH v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 698, Misc. GRENE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.